# ERNST & YOUNG

*Mailed to Business 11/23/05*

INVOICE NUMBER: US0122987496

November 4, 2005

McDermott Will & Emery LLP
Mr. Greg Palmer, Partner
227 West Monroe Street
Chicago, IL 60606

PLEASE REMIT TO:

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

EIN: 34-6565596

BU: US002    CLIENT NUMBER: 60001794

Progress billing for professional services rendered for valuation and restructuring of the international operation of Caterpillar Inc.

Total Due                                                    $600,000.00

*Rod, I talked to Tom L. today. He will send you supporting data (who, # hours rate, etc.) directly for you to review. — Dan 11/22/05*

*OK to pay direct to E&Y — ROB 18NOV05*

*J0997-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*

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
Due Upon Receipt

CLIENT COPY


EXHIBIT D

Confidential                                               DEF01390