UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DANIEL J. SCHLICKSUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 09-1208 |
| v. ) | |
| ) | |
| CATERPILLAR, INC., DAVID B. BURRITT, ALICE ) | |
| BARBOUR, ROBIN D. BERAN, JAMES B. BUDA, ) | |
| DOUGLAS R. OBERHELMAN, and EDWARD J. ) | |
| RAPP, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO LETTER DATED JUNE 22, 2011 FROM ERNST & YOUNG**

Plaintiff responds to the above-referenced letter, as follows:

1. The so-called "outside contractor" is not identified by Ernst & Young (E & Y).

2. No breakdown of the charges has been offered or provided.

3. No specification of pages has been provided. If there are 42 pages, for example, then E & Y is asking for $100.00 per page?

4. Plaintiff has not asked that documents be "bates numbered."

5. The subpoena in question is attached hereto as Exhibit A. The subpoena was kept narrow, purposely, to avoid any undue burden.

6. Plaintiff has asked for billing records for work done on behalf of Caterpillar during 2005 and 2006. This is not an unreasonable request. Plaintiff contends that E & Y sent large invoices without any supporting documents to Caterpillar and that the invoices were wrongfully paid. When Plaintiff questioned this, he was told that there were no detailed records to support the billings. When he complained about this to several group presidents at Caterpillar, he was removed from his position.

7. If there are no billing records to support the billings, E & Y should simply say so. If there are billing records, they should be produced.

1

8. E & Y has claimed a privilege for certain documentation. To the extent E & Y already is aware of such documentation, it should be produced for in camera review.

9. Plaintiff agrees that E & Y need not search all workstation hard drives. Plaintiff believes it would be reasonable to search the workstation hard drives of Tom Lawrence, Bob Der, and their assistants/secretaries, as well as server hard drive files of E & Y relative to Caterpillar such as the client directory, the chronological directory, and the email server (e.g., server for database organized by Microsoft Exchange Server).

10. Any responsive documents that have already been gathered should also be produced, unless allegedly privileged, in which latter case those should be produced for in camera review.

Respectfully submitted,

DANIEL J. SCHLICKSUP

By His Attorneys:

/s/David Dorris
207 West Jefferson
Suite 601
Bloomington, Illinois 61701
Phone: (309) 820-9174
Fax: (309) 821-9174
Email: dvdorrislaw2000@aol.com


s/Daniel G. O'Day
Daniel G. O'Day
415 Hamilton Blvd.
Peoria, Illinois 61602
Phone: (309) 637-5282
Fax: (309) 637-5788
Email: doday@cfgolaw.com
6181202

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2011, I electronically filed the **PLAINTIFF'S RESPONSE TO LETTER DATED JUNE 22, 2011 FROM ERNST & YOUNG** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Kathryn S Clark**
  kclark@seyfarth.com,mgruzlewski@seyfarth.com,chidocket@seyfarth.com
- **David V Dorris**
  dvdorrislaw2000@aol.com,dvdstoy@aol.com
- **Daniel G O'Day**
  doday@cfgolaw.com,bboland@cfgolaw.com,jhougland@cfgolaw.com,eschatsiek@cfgolaw.com
- **Steven J Pearlman**
  spearlman@seyfarth.com,yvasquez@seyfarth.com,chidocket@seyfarth.com
- **Joseph S Turner**
  jturner@seyfarth.com,chidocket@seyfarth.com,ncostello@seyfarth.com