**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| DANIEL J. SCHLICKSUP, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 09-cv-1208 |
| CATERPILLAR INC., DAVID B. BURRITT, | ) ) | Judge Michael M. Mihm |
| ALICE BARBOUR, ROBIN D. BERAN, | ) | |
| JAMES B. BUDA, DOUGLAS R. | ) | Magistrate Judge Byron G. Cudmore |
| OBERHELMAN, and EDWARD J. RAPP, | ) | |
| Defendants. | ) ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Daniel J. Schlicksup and Defendants, Caterpillar Inc., David B. Burritt, Alice

Barbour, Robin D. Beran, James B. Buda, Douglas R. Oberhelman, and Edward J. Rapp,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that this action is dismissed

with prejudice, with each party bearing its own attorneys' fees and costs.


DANIEL J. SCHLICKSUP

CATERPILLAR INC., DAVID B. BURRITT, ALICE BARBOUR, ROBIN D. BERAN, JAMES B. BUDA, DOUGLAS R. OBERHELMAN, and EDWARD J. RAPP


  s/ Daniel G. O'Day
  One of His Attorneys

  s/ Joseph S. Turner
  One of Its Attorneys

Daniel G. O'Day
Cusack, Fleming, Gilfillan & O'Day
415 Hamilton Boulevard
Peoria, Illinois 61602
309-637-5283
309-637-5788 (facsimile)

Joseph Turner
David J. Rowland
Steven J. Pearlman
Seyfarth Shaw, LLP
131 South Dearborn St.
Suite 2400
Chicago, IL 60603
312-460.5000
312-460-7000 (facsimile)

Dated:  February 14, 2012

14197150v.1

## CERTIFICATE OF SERVICE

I, Joseph S. Turner, an attorney, do hereby certify that he caused a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** to be served upon the following, by using the CM/ECF system, which will send notification of such filing to the following on this 14th day of February, 2012.

| |
|---|
| Daniel G. O'Day<br>Cusack, Fleming, Gilfillan & O'Day<br>415 Hamilton Blvd.<br>Peoria, Illinois 61602-1102<br>doday@cfgolaw.com |
| David V. Dorris<br>Dorris Law Firm, P.C.<br>207 West Jefferson St., Suite 601<br>Bloomington, Illinois 61701<br>dvdorrislaw2000@aol.com |

/s/ Joseph S. Turner

2